# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| Debtor: | TONY STEVE & VERONICA MARIE HERNANDEZ | | |
| Case Number: | 2:08-BK-05209-EWH | Chapter: | 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 01, 2009 01:30 PM   6TH FLOOR #602 | | |
| Bankruptcy Judge: | EILEEN W. HOLLOWELL | | |
| Courtroom Clerk: | LUANN BELLER | | |
| Reporter / ECR: | ANDAMO PURVIS | | |

## *Matter:*

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 2802 13TH AVENUE, GREELEY, CO 80631 FILED BY CITIMORTGAGE, INC.

R / M #:   49 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## *Proceedings:*

Mr. McDonald stated that he has spoken with debtor's counsel and expected him to appear today but he has not gotten back to him.

COURT:  IT IS ORDERED GRANTING THE RELIEF REQUESTED UNLESS DEBTOR'S COUNSEL
REQUESTS A HEARING WITHIN FIVE DAYS.  FAILING THAT COUNSEL MAY LODGE A FORM
OF ORDER.


Copy of the foregoing emailed 10/1/09 to:

Mark Wesbrooks
wesbrooksefax@gmail.com
by:  L. Beller